## 39176. BUTLER v. THE STATE.

FRANKUM, Judge. The conviction of the accused was founded solely on circumstantial evidence which, given its strongest intendment against him, raised a strong suspicion of his guilt, but was not sufficient to exclude every other reasonable hypothesis save that of his guilt.

Therefore, the court erred in denying his motion for a new trial.

*Judgment reversed. Nichols, P. J., and Jordan, J., concur.*

DECIDED NOVEMBER 14, 1961.

*Edwin A. Carlisle*, for plaintiff in error.
*Willard H. Chason, Solicitor*, contra.